UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff*,<br><br>v.<br><br>CONTENTS OF THE BINANCE ACCOUNT ASSOCIATED WITH USER ID 147302327 AND REGISTERED TO SANJAY LALJIBHAI AHIR,<br>   *Defendant*,<br><br>[CLAIMANT: SANJAY LALJIBHAI AHIR] | Civil No. 3:22-cv-1308 (JCH) |

DECREE OF FORFEITURE

On October 19, 2022, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant, Contents of the Binance Account Associated with User ID 147302327 and Registered to Sanjay Laljibhai Ahir ("Defendant Asset"). The Complaint was filed pursuant to 18 U.S.C. § 981(a)(1)(A) via 18 U.S.C. § 1956(c)(7)(A) for the forfeiture of property which constitutes or is derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)), namely wire fraud in violation of 18 U.S.C. § 1343, or conspiracy to commit such offense.

It appearing that process was fully issued in this action and returned according to law;

On November 4, 2022, notice of the Verified Complaint for Forfeiture was electronically mailed to the Claimant Sanjay Laljibhai Ahir, as well as any other third parties with a potential interest in the Defendant Property in accordance with Rule G(4)(b)(i).

Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice of the forfeiture action against the Defendant Asset was

1

posted for 30 consecutive days commencing on October 20, 2022, and concluding on November 18, 2022, on the official internet government forfeiture site, www.forfeiture.gov.

That Claimant Sanjay Laljibhai Ahir has failed to file a claim or answer within the time permitted;

That on December 14, 2022, the Court entered a Default Judgment against Claimant Sanjay Laljibhai Ahir;

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in the Defendant Asset in this action be and is hereby entered herein; and

ORDERED, ADJUDGED AND DECREED that Contents of the Binance Account Associated with User ID 147302327 and Registered to Sanjay Laljibhai Ahir be forfeited to the United States of America and disposed of according to law.

Dated at New Haven, Connecticut, this 16th day of December, 2022.

/s/ Janet C. Hall
JANET C. HALL
UNITED STATES DISTRICT JUDGE